**IN THE UNITED STATES DISCTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| **RODNEY SERIO** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CAUSE NO.** 1:20-cv-3026 |
| | ) |
| **FLYNN RESTAURANT GROUP** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

Plaintiff, Rodney Serio, by counsel, hereby brings his Complaint against the Defendant, Flynn Restaurant Group, and is support thereof states:

1. Plaintiff was employed as a dishwasher/cook for Defendant.

2. Defendant, Applebees, Flynn Restaurant Group is a business located at 874 S. State Rd. 135, Greenwood, IN 46143.

## JURISDICTION AND VENUE

3. This case presents issues under the Age Discrimination in Employment Act and thus invokes the federal question jurisdiction of this Court.

4. Venue is appropriate in that the dispute takes place in this judicial district.

5. Plaintiff is 53 years of age and was the oldest person working in that position at that restaurant.

6. Plaintiff was invited to a party for all employees and for no reason the manager of the restaurant ordered Plaintiff to leave the party even though it was at a private residence. This caused Plaintiff great humiliation in front of his co-workers.

7. Soon thereafter, Plaintiff was fired for no reason whatsoever and was told that although Plaintiff was a good employee, they were going to have to let Plaintiff go.

8. Plaintiff was replaced by a 25 year old.

9. Plaintiff alleges that the poor treatment and termination was due to Plaintiff's age.

10. Plaintiff has suffered substantial damages as a result of Defendant's illegal conduct.

11. Defendant's actions have been willful and illegal, entitling Plaintiff to liquidated and punitive damages, as well as attorney fees and costs of this action.

12. Plaintiff filed a timely EEOC Charge regarding Plaintiff's claims and has received a Right to Sue Letter from the EEOC.

WHEREFORE, Plaintiff, Rodney Serio, by counsel, seeks all available damages against the Defendant, Applebees, Flynn Restaurant Group and for all other proper relief.

    Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
5235 Decatur Boulevard
Indianapolis, IN 46241
 (317) 501-6060
mark@waterfilllaw.com

**JURY DEMAND**

Plaintiff demands a trial by jury.

*/s/ Mark Waterfill*